FILED IN OPEN COURT
ON 4-24-17 BC
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-138-1H(2)

UNITED STATES OF AMERICA )
)
vs. ) **INDICTMENT**
)
WARREN MATHER THOMAS )

The Grand Jury charges that:

**COUNTS ONE THROUGH TEN**

(Receipt of Child Pornography)

Beginning at a time unknown and ending on or about June 28, 2016, in the Eastern District of North Carolina, WARREN MATHER THOMAS, the defendant herein, did knowingly receive the following visual depictions, that is, digital and computer images in files that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer:

| Count | Date | File Name |
|---|---|---|
| 1 | 09/14/2001 | an-07-035.jpg |
| 2 | 03/08/2002 | an-38-058.jpg |
| 3 | 10/26/2009 | 000-004.jpg |
| 4 | 10/17/2010 | 1248433404886.jpg |
| 5 | 05/31/2016 | lsfan-004a-035.jpg |
| 6 | 06/01/2016 | lfs-004-092.jpg |
| 7 | 06/08/2016 | daisy-026-086.jpg |
| 8 | 06/09/2016 | 000-086.jpg |
| 9 | 06/13/2016 | Ptsc 8Yo 9Yo 10Yo 11Yo 12Yo Pthc (Pedo) ((Lolitaguy)) Teen Kids Lolita ????? ????????!!!.avi |
| 10 | 06/23/2016 | lhv-024-068.jpg |

The productions of the foregoing visual depictions involved the use of a minor engaging in sexually explicit conduct and were depictions of such conduct. Each entry in the above table constituting a separate violation of Title 18, United States Code, Section 2252(a)(2).

**COUNT ELEVEN**

(Possession of Child Pornography)

On or about June 28, 2016, in the Eastern District of North Carolina, WARREN MATHER THOMAS, the defendant herein, did knowingly possess one or more matters, that is, computer hard drives and computer media containing digital and computer images and videos, the production of which involved the use of one or more prepubescent minors or a minor who had not attained 12 years of age, engaging in sexually explicit conduct, and which images visually depicted such conduct. The images and videos had been mailed, shipped and transported in interstate and foreign commerce and by use of means and facilities of interstate commerce, i.e., the Internet, and were produced using materials which had been mailed, shipped, or transported in interstate and foreign commerce, by any means including by computer, all in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURE ALLEGATION

If convicted of one or more of the offenses set forth in Counts One through Ten above, WARREN MATHER THOMAS, the defendant herein, shall forfeit to the United States –

(1) any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the offense(s);

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s); and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s)

– all pursuant to Title 18, United States Code, Section 2253(a).

The forfeitable property includes, but is not limited to:

1. 1500 GB Seagate external hard drive, s/n 9VS337YV;

2. 750 GB Seagate external hard drive, s/n 5QD0H34S;

If any of the above-described forfeitable property, as a result of any act or omission of the defendant --

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a

third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 18, United States Code, Sections 2253 or 1467, whichever may be applicable, to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Foreperson

Date: 4-24-17

JOHN STUART BRUCE
United States Attorney

BY: ETHAN A. ONTJES
Assistant United States Attorney
Criminal Division