**U. S. Department of Justice**

***John Stuart Bruce***
*United States Attorney*
*Eastern District of North Carolina*

*Terry Sanford Federal Building*
*310 New Bern Avenue*
*Suite 800*
*Raleigh, North Carolina 27601-1461*

*Telephone (919) 856-4530*
*Criminal FAX (919) 856-4487*
*Civil FAX (919) 856-4821*
*www.usdoj.gov/usao/nce*

# M E M O R A N D U M

DATE: April 24, 2017

TO: Clerk's Office
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: JOHN STUART BRUCE
United States Attorney

ATTN OF: ETHAN A. ONTJES EO
Assistant United States Attorney

SUBJECT: UNITED STATES v. WARREN MATHER THOMAS
No. 5:17-CR-138-1H(2) WESTERN DIVISION

Please issue a warrant for the arrest of the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office and the U.S. Pretrial Services Office.

Detention is recommended, and the warrant should be returnable before the U.S. Magistrate Judge.

EAO:kc

cc: US Marshal Service
US Probation Office



LH