AO 442 (Rev. 12/85) Warrant for Arrest

RECEIVED
APR 26 2017
U.S. Marshals Service, EDNC

**UNITED STATE DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**V.**

**WARREN MATHER THOMAS**

**WARRANT FOR ARREST**

**CRIMINAL CASE: 5:17-CR-138-1H(2)**

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**WARREN MATHER THOMAS** and he/she shall be Nobrought before the nearest Magistrate/Judge to answer an

__X__ **Indictment** ______ **Superseding Indictment** _______ **Criminal Information** __ **Complaint**

____ **Order of Court:** ___ **Violation Notice** ___ **Probation Violation Petition** charging him/her with:

Counts 1-10 - 18 U.S.C. § 2252(a)(2): Receipt of child pornography

Count 11 - 18 U.S.C. § 2252(a)(4)(b): Possession of child pornography

Peter A. Moore, Jr.
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

[signature]
Signature of Issuing Officer by Deputy Clerk

April 24, 2017 - WILMINGTON, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at Raleigh, NC | | |
| DATE RECEIVED 4/26/17 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
| DATE OF ARREST 4/27/17 | T. Ouellette, FBI | J Griffin, USMS |

FILED
MAY 12 2017
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ____ DEP CLK