UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 5:17-CR-138-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| v. | GRANTING MOTION TO SEAL |
| WARREN MATHER THOMAS | |

THIS MATTER is before the Court on defendant's motion to file his Sentencing Memorandum, psychologist's treatment submission, and character letters under seal.

FOR GOOD CAUSE SHOWN, defendant's motion is hereby GRANTED.

SO ORDERED, this the 4th day of December 2017.

HON. MALCOM J. HOWARD
U.S. DISTRICT COURT JUDGE